UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00219-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  OMAR TORRES,

      Defendant.

---

## ORDER

---

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Tuesday, July 21, 2009,** and responses to these motions shall be filed by **Tuesday, August 4 , 2009.**  It is

      FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, and final trial preparation conference at a future date.  It is

      FURTHER ORDERED that a 4-day jury trial is set for **Monday, August 31, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated:  June 29, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge