UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00219-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  OMAR TORRES,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict with the Court's calendar, the Change of Plea hearing set for Monday, September 14, 2009 at 2:30 p.m. is **VACATED and RESET for Monday, October 5, 2009 at 10:00 a.m.**

      Dated:  September 3, 2009